UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KENNETH DUANE MANNING,                )
                                      )
                    Plaintiff,        )        2:11-cv-00896-KJD-CWH
                                      )
vs.                                   )        ORDER
                                      )
FRANK MASTERS, *et al.*,              )
                                      )
                    Defendants.       )
_____)

  This matter is before the Court on Plaintiff's Motion for Original Precedence and New Grounds (#15), filed January 27, 2012.  Defendants filed a response (#16) on February 1, 2012.

  Plaintiff's motion argues that he was not required to file a grievance in this action due to special circumstances related to the presence of mind altering medication.  Plaintiff's motion closes by "asking that defendants Frank Masters and Michele Moutons Motion to dismiss be denied instead of upheld based on original precedence and new grounds."

  The Court finds that Plaintiff's filing is not a proper motion, but instead could be construed as a response to Defendants' Motion to Dismiss (# 12).  The weight given to Plaintiff's filing will be determined by the District Judge considering Defendants' motion.

 Accordingly,

  **IT IS HEREBY ORDERED** that Plaintiff's Motion for Original Precedence and New Grounds (#15) is **denied**.

  DATED this 2nd day of February, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge