# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH MANNING,

    Plaintiff,

v.

FRANK MASTERS, *et al.*,

    Defendants.

Case No. 2:11-CV-00896-KJD-CWH

**ORDER**

    Presently before the Court are Plaintiffs' Motions (#27/28/29/32). All the motions were filed after the Court granted (#24) Defendants' motion to dismiss for failing to exhaust administrative grievances. The motions, amongst other requests, appear to ask the court for an extension of time alleging that his legal paperwork was tampered with. However, the relief Plaintiff seeks would not address the underlying issue, whether he fully exhausted his administrative remedies on his underlying claim that he was forced to take medication as retaliation for exercising his first amendment right to question Defendants' gender and personal hygiene. Accordingly, the motions are denied.

**IT IS SO ORDERED.**

    DATED this 19th day of February 2013.

_____
Kent J. Dawson
United States District Judge